| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| I Will See You In The Morning | PA0001874746 | 01/14/2014 | 01/15/2014 | 01/15/2014 |
| In Love With Lexi | PA0001833318 | 03/18/2013 | 04/12/2013 | 10/17/2013 |
| Insanely Gorgeous | PA0001885205 | 03/19/2014 | 03/24/2014 | 05/07/2014 |
| Instant Erotica | PA0001916058 | 10/06/2014 | 10/06/2014 | 10/06/2014 |
| Introducing Angelica | PA0001818283 | 11/28/2012 | 12/13/2012 | 05/07/2014 |
| Introducing Kenzie | PA0001862286 | 09/07/2013 | 09/08/2013 | 10/08/2013 |
| Introducing Mila | PA0001859652 | 07/23/2013 | 08/01/2013 | 07/04/2014 |
| Just Watch | PA0001898092 | 05/22/2014 | 06/06/2014 | 07/10/2014 |
| Knock On My Door | PA0001895763 | 05/09/2014 | 05/16/2014 | 05/09/2014 |
| Let Me Take Your Picture | PA0001862486 | 09/14/2013 | 09/18/2013 | 06/13/2014 |
| Lonesome Without You | PA0001887108 | 04/03/2014 | 04/07/2014 | 04/04/2014 |
| One and Only Caprice | PA0001780462 | 01/30/2012 | 03/10/2012 | 08/11/2014 |
| Photo Finish | PA0001874616 | 12/29/2013 | 01/05/2014 | 01/04/2014 |
| Pretty Babies | PA0001835953 | 04/05/2013 | 04/29/2013 | 10/17/2013 |
| Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 02/28/2014 |
| Santas Little Helper | PA0001874520 | 12/23/2013 | 12/30/2013 | 07/04/2014 |
| Saturday Eve | PA0001909511 | 08/18/2014 | 08/26/2014 | 08/20/2014 |
| Sexy In The City | PA0001905511 | 06/27/2014 | 07/02/2014 | 06/29/2014 |
| She Bad | PA0001862295 | 08/30/2013 | 09/08/2013 | 05/07/2014 |
| Shes Not Alone | PA0001914535 | 09/09/2014 | 09/16/2014 | 09/14/2014 |
| They Only Look Innocent | PA0001877471 | 01/24/2014 | 01/31/2014 | 02/27/2014 |
| They Seem so Sweet | PA0001904151 | 06/15/2014 | 06/19/2014 | 07/21/2014 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 06/29/2014 |
| Warm and Fuzzy | PA0001872753 | 12/12/2013 | 12/15/2013 | 12/20/2013 |
| Wonder Waltz | PA0001859655 | 07/15/2013 | 08/02/2013 | 11/21/2013 |

EXHIBIT B

Total Malibu Media, LLC Copyrights Infringed: 46

SNY10

EXHIBIT B