UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Civil Action No. 1:14-cv-08905- JSR
                              Plaintiff,                         :
                                                                 :
               vs.                                               :
                                                                 :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
108.46.26.91,                                                    :
                                                                 :
                              Defendant.                         :
-----------------------------------------------------------------X
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I am admitted to practice in this Court, and hereby appear in this case as counsel for defendant JOHN DOE subscriber assigned IP address 108.46.26.91 (Ms. Anna Tham).

Dated:   New York, New York           **BARTON LLP**

         March 4, 2015


                                      By:      /s/ Maurice N. Ross

                                      Maurice Ross (MR 6852)

                                      420 Lexington Avenue, 18th Floor

                                      New York, New York 10170

                                      T: (212) 885-8845

                                      F: (212) 687-3667

                                      mross@bartonesq.com

1

*Attorneys for Defendant King Arthur Industries*